No. 78–6791.  WALLACE v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 78–6792.  THACKER v. SOUTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 78–6793.  JOHNSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 78–6794.  LEE v. LEFEVRE, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 78–6796.  FIELDS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 78–6797.  BLANKENSHIP v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 78–6800.  KELLY v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 78–6803.  GRIFFIN v. MICHIGAN.  Ct. App. Mich. Certiorari denied.

No. 78–6804.  LUCAS v. KOCH MARKETING Co.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 78–6806.  FERRARA ET AL. v. HENDRY COUNTY SCHOOL BOARD.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 78–6807.  TURNER v. WYRICK, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 78–6808.  LINDSEY v. DAYTON HUDSON CORP., DBA TARGET STORES.  C. A. 10th Cir.  Certiorari denied.